July 13, 2015

83,372-01

TO: Abel Acosta, Clerk in the;
Court of Criminal Appeals of, Texas
P.O. Box 12308 — Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

RE: Correspondence Courtesy ; WR-83,372-01

Dear Mr. Acosta,

   Sir, If at all possible, could you, would you please see to it that each and every member of the Court of Criminal Appeals of Texas receive his or her own individual copy of the enclosed correspondence... Your cooperation in this matter will be greatly appreciated...

With Great Gratitude: Mr. Jerry Wayne King

R S V P

Mr. Jerry Wayne King #1610572
Coffield Unit — 2661 FM 2054
Tennessee Colony, Tx. 75884

I

July 13, 2015

TO: Court of Criminal Appeals of Texas
P.O. Box 12308 ; Capitol Station
Austin , Texas 78711

RE: Justice or Legal Technicalities ; WR-83,372-01

To The Honorable Court of Criminal Appeals of Texas:
Now comes I, The Petitioner, and makes this earnest plea
for Justice... Actual Innocence does exsist within this
cause, however, I cannot obtain supporting documentation
from the confines of Prison...

Legal Technicalities and Justice are not one and the same...
Justice demands swift action, while technicalities allows
the Court to drag it's legal feet... Legal technicalities
can distort or even deny justice... I believe that there
are some technical ruling set in place in order to deny
justice and still remain legal... As in my case, I was
denied equal protection and constitutional fundamental
fairness, yet to this day the conviction still stands,
almost 8yrs. of wrongful incarceration... I Pray that there
are enough of you who will seek Justice first in this case...

R S V P

Jerry Wayne King #1610572
Coffield Unit - 2661 FM 2054
Tennessee Colony, Tx. 75884

Jerry Wayne King

P 1 of 1